## IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MARYLAND

**TODD & IVEY FARBER**

        **Plaintiffs,**

**v.**

**BROCK & SCOTT, LLC d/b/a**
**BROCK & SCOTT PLLC**

        **Defendant**

**Case No.**    8:16-cv-00117-TDC

## JOINT STATUS REPORT

In response to the Court's Scheduling Order (ECF. 38) the Parties, by their undersigned counsel, hereby submit this Joint Status Report and state as follows:

I.    **Modification to the Scheduling Order:**  The only deadline the Parties request be modified at this time is to change the "Motions to amend the pleadings or for joinder of additional parties" deadline from December 5, 2016 to March 20, 2017.

II.    **Consent to Proceed Before a U.S. Magistrate Judge:**  The Parties consent to proceed before a United States Magistrate Judge.

III.    **Referral to Mediation:**  The request that the matter be referred to a United States Magistrate Judge for mediation to occur after discovery is completed and would like to target its scheduling to occur in April or May of 2017.

IV.    **Scope of Discovery:**  Plaintiffs anticipate that the scope of discovery they will seek will be narrow and involve interrogatories, requests for production, corporate designee depositions of the Defendant and non-party SunTrust Mortgage Inc., and potentially one

or two employees of the Defendant.  Plaintiffs estimate the total time likely necessary for the depositions they anticipate to schedule to be approximately twelve hours.   The Defendant plans to depose each of the Plaintiffs, and serve upon them Interrogatories, Requests for Production of Documents, and Requests for Admissions.

V.    **Case Management Conference:**  The Parties do not believe it is necessary to have a Fed. R. Civ. P. 16 Case Management Conference at this time.  Depending on the what remains before the Court after summary judgment motions (if the matter is not otherwise resolved), a final pre-trial, management conference may be necessary.


Respectfully submitted,

/s/ Phillip R. Robinson
Phillip R. Robinson, Bar No. 27824
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD  20910
(301) 448-1304
*Attorney for Plaintiffs*

/s/ Robert Oliveri
Robert Oliveri
Maryland Federal Bar No: 19469
Brock & Scott, PLLC
P.O. Box 839
Warrenton, VA 20188-0839
(703) 217-3379
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by the Court's ECF system on all counsel and parties of record on this 31st day of October 2016.


_____//s_____
Phillip R. Robinson