**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TODD FARBER & IVEY FARBER** ) | | |
| ) | | |
| *Plaintiffs*, ) | | |
| ) | | |
| v. ) | | Civil Action No. WGC-16-117 |
| ) | | |
| **BROCK & SCOTT, LLC** ) | | |
| *d/b/a* **BROCK & SCOTT, PLLC** ) | | |
| ) | | |
| *Defendant.* ) | | |
| ) | | |

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS this 29th day of September, 2017, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Plaintiffs' Motion to Strike, Disregard, and Objection to the Purported Affidavit of Tenesha Melton and Exhibit 4 in Support Thereof (ECF No. 59) BE, and the same hereby IS, **DENIED**;

2. That Defendant's Motion to Strike Portions of Plaintiffs' Statement of Undisputed Material Facts (ECF No. 61) BE, and the same hereby IS, **GRANTED IN PART & DENIED IN PART**;

3. That Defendant's Motion to Strike Portions of the Affidavit of Ivey Farber (ECF No. 62) BE, and the same hereby IS, **GRANTED IN PART & DENIED IN PART**;

4. That Defendant's Motion for Summary Judgment (ECF No. 57) BE, and the same hereby IS, **GRANTED**;

5. That Plaintiffs' Cross-Motion for Partial Summary Judgment BE, and the same hereby IS, **DENIED**;

6. That judgment is entered in favor of the Defendant and against the Plaintiffs; and

7. That the Clerk **CLOSE** this case.

_____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE